# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 15  A 10: 24

CLERK _F. LaVictoire_
SO. DIST. OF GA.

| | |
|---|---|
| **CHARLES BRAZELL and HILDA BRAZELL, his wife** <br> Plaintiff <br> v. <br><br> **MORGAN TIRE & AUTO d/b/a TIRES PLUS, a Florida corporation** <br> Defendant | Case No.   CV206-226 <br><br> Appearing on behalf of <br><br> Defendant |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This __15th__ day of __December__, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:   Stanley A. Coburn, Esq.
       Business Address:   Lowendick, Cuzdey, Ehrmann,
                                          Wagner, Stine & Sansalone, LLC
                                          3531C Habersham at Northlake
                                          Tucker, Georgia 30084
                                          Post Office Box 450169
                                          Atlanta, Georgia 31145-0169
                                          (404) 325-2300   Ga. Bar No. 172100