# United States District Court
## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 15 A 10: 24

CLERK *J. LaVictoire*
SO. DIST. OF GA.

| | |
|---|---|
| **CHARLES BRAZELL and** | Case No.   **CV206-226** |
| **HILDA BRAZELL, his wife** | |
| Plaintiff | |
| v. | **Appearing on behalf of** |
| **MORGAN TIRE & AUTO d/b/a** | **Defendant** |
| **TIRES PLUS, a Florida corporation** | |
| Defendant | |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This ____15th____ day of __December_____, 2006.


_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:    Michael J. O'Hagan, Esq.
          Business Address:    Lowendick, Cuzdey, Ehrmann,
          Wagner, Stine & Sansalone, LLC
          3531C Habersham at Northlake
          Tucker, Georgia 30084
          Post Office Box 450169
          Atlanta, Georgia 31145-0169
          (404) 325-2300    Ga. Bar No. 559500