# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -4  P 1: 16

CLERK J. LaVictoire
SO. DIST. OF GA.

CHARLES BRAZELL and
HILDA BRAZELL, his wife
_____
Plaintiff

v.

MORGAN TIRE & AUTO d/b/a
TIRES PLUS, a Florida Corporation
_____
Defendant

Case No. CV206-226

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 4th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Rebecca H. Cozart

**Business Address:** BARNES, BARNES & COHEN, P.A.
Firm/Business Name

1843 Atlantic Boulevard
Street Address

Jacksonville, FL 32207
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2                City, State, Zip
(904) 396-5181                192766
Telephone Number (w/ area code)   Georgia Bar Number